AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cabranes, Jose A. | U.S. Court of Appeals | 07/27/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination  Date<br>☐ Initial  ✓ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
141 Church Street
New Haven, CT 06510

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | William Nelson Cromwell Foundation, New York, NY |
| 2. | Member | Academic Advisory Committee of the Institute for Constitutional Studies, The George Washington University, Washington, DC |
| 3. | Note: | Note: No income of any kind was derived from any of the positions or services or activities noted above. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | University of Chicago Press (Royalties) |
| 2. | 2017 | Thomson-West (Royalties) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke Law School | February 20-21, 2017 | Raleigh-Durham, NC | To judge Moot Court finals | Ground transportation, airfare to and from New Haven, CT and Raleigh-Durham, NC, and meals |
| 2. | New York University School of Law | March 24, 2017 | New York, NY | To present remarks at a Memorial Service for Prof. Michael E. Levine | Ground transportation to/from New Haven, CT and New York, NY |
| 3. | Eastern District of Texas Bar Association | October 4-6, 2017 | Plano, TX | To moderate a panel at the Eastern District of Texas Bench and Bar Conference | Ground transportation, airfare to and from New Haven, CT and Plano, TX, and meals |
| 4. | William Nelson Cromwell Foundation | October 23, 2017 | New York, NY | To attend annual business dinner meeting | Meal and transporation to New Haven, CT from New York, NY |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cabranes, Jose A. | 07/27/2018 |

| | | | | | |
| --- | --- | --- | --- | --- |
| 5. | Georgetown University Law Center | November 2-3, 2017 | Washington, DC | For projected participation in academic conference, which was cancelled | Airfare to and from New Haven, CT and Washington, DC |
| 6. | Yale University | Various dates throughout the year | New Haven, CT | To attend or participate in varied University academic and social functions | Meals and refreshments as spouse of tenured faculty member and/or as a former University Trustee |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Jay Vlock and Gail Brekke (personal hospitality) | Tickets for two to baseball game and luncheon at Yankee Stadium, NY (July 26, 2017) | $490.00 |
| 2. | Jay Vlock and Gail Brekke (personal hospitality) | Tickets for two to baseball game and luncheon at Yankee Stadium, NY (October 8, 2017) | $1,024.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA BANK BROKERAGE SWEEP ACCT (X) | A | Interest | K | T | | | | | |
| 2. BERNSTEIN DIVERSIFIED (SNDPX) | C | Dividend | M | T | Buy | 3/2/17 | J | | |
| 3. | | | | | Buy | 5/17/17 | K | | |
| 4. | | | | | Buy | 06/27/17 | J | | |
| 5. | | | | | Buy | 07/12/17 | J | | |
| 6. | | | | | Buy | 07/14/17 | J | | |
| 7. | | | | | Buy | 10/02/17 | J | | |
| 8. | | | | | Buy | 12/27/17 | J | | |
| 9. | | | | | Buy | 12/29/17 | J | | |
| 10. FIDELITY ADVISOR EMERGING MARKETS INCOME FUND CLASS I (FMKIX) | B | Dividend | K | T | | | | | |
| 11. FRANKLIN HIGH YIELD TAX FREE INCOME FUND ADVISOR CLASS (FHYVX) | C | Dividend | L | T | Sold (part) | 2/6/17 | L | | |
| 12. | | | | | Sold (part) | 4/5/17 | K | | |
| 13. T ROWE PRICE SUMMIT MUNICIPAL INTERMEDIATE (PRSMX) | B | Dividend | L | T | | | | | |
| 14. TIAA CREF EMERGING MARKETS EQUITY INDEX FUND INSTL. CLASS (TEQTX) | B | Dividend | L | T | Sold (part) | 5/17/17 | J | | |
| 15. | | | | | Sold (part) | 05/17/17 | J | | |
| 16. THORNBURG INTERMED MUNICIPAL EQUITY INST (THMIX) | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. WELLS FARGO ULTRA SHORT TERM MUNI INCOME FD CL I (SMAIX) | A | Dividend | M | T | Buy | 03/02/17 | K | | |
| 18. | | | | | Buy | 03/31/17 | J | | |
| 19. | | | | | Buy | 06/27/17 | J | | |
| 20. | | | | | Buy | 07/12/17 | J | | |
| 21. | | | | | Buy | 07/13/17 | J | | |
| 22. | | | | | Buy | 10/02/17 | J | | |
| 23. | | | | | Buy | 12/22/17 | J | | |
| 24. | | | | | Buy | 12/27/17 | J | | |
| 25. ISHARES TR MSCI EAFE ETF (EFA) | C | Dividend | M | T | | | | | |
| 26. ISHARES TR RUSSELL MID-CAP VALUE ETF (IWS) | B | Dividend | M | T | | | | | |
| 27. ISHARES TR RUSSELL MID-CAP GROWTH ETF (IWP) | A | Dividend | K | T | | | | | |
| 28. ISHARES TR RUSSELL 1000 VALUE ETF (IWD) | C | Dividend | M | T | Buy | 02/06/17 | K | | |
| 29. ISHARES TR RUSSELL 1000 GROWTH ETF (IWF) | B | Dividend | M | T | Buy | 02/06/17 | K | | |
| 30. ISHARES TR RUSSELL 2000 VALUE ETF(IWN) | A | Dividend | K | T | Buy | 02/06/17 | K | | |
| 31. ISHARES TR RUSSELL 2000 GROWTH ETF (IWO) | A | Dividend | K | T | | | | | |
| 32. ISHARES TR MSCI EAFE SMALL CAP ETF (SCZ) | B | Dividend | L | T | Sold (part) | 02/16/17 | K | | |
| 33. SPDR SER TR DOW JONES REIT ETF (RWR) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. Nuveen High Yield Municipal Bond (NHMRH) | A | Int./Div. | L | T | Buy | 04/05/17 | L | | |
| 35. | | Int./Div. | L | T | Buy | 04/05/17 | L | | |
| 36. TIAA-CREF ANNUITY (fixed, non-variable) | C | Int./Div. | L | T | | | | | |
| 37. TIAA-CREF PENSION | E | Int./Div. | P1 | T | | | | | |
| 38. -TIAA Traditional | E | Int./Div. | P1 | T | | | | | |
| 39. -T-C Intl Eq.Inst (TIIEX) | A | Int./Div. | K | T | | | | | |
| 40. -TIAA Real Estate (QREARX) | A | Int./Div. | N | T | | | | | |
| 41. -T-C Lifecycle 2015-Inst (TCNIX) | A | Int./Div. | J | T | | | | | |
| 42. TIAA-CREF ROTH IRA | B | Int./Div. | M | T | | | | | |
| 43. -TIAA-CREF REAL ESTATE MUTUAL FUND | | | | | | | | | |
| 44. Hartford Life & Annuity Co. (Variable Life Ins. Policy) | A | Int./Div. | | | Sold | 05/08/17 | K | | |
| 45. -PVT Growth & Income | A | Int./Div. | | | Sold | 05/08/17 | K | | |
| 46. -HLS Stock | A | Int./Div. | | | Sold | 05/08/17 | K | | |
| 47. Citizens Bank Accounts | A | Interest | K | T | | | | | |
| 48. Vanguard Life Strategy Conservative Portfolio (VSCGX) | C | Dividend | M | T | Buy | 03/27/17 | J | | |
| 49. | | | | | Buy | 08/31/17 | K | | |
| 50. | | | | | Buy | 11/26/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Sold (part) | 04/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 07/27/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jose A. Cabranes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544